RECEIVED
IN ALEXANDRIA, LA.
MAY 29 2013
TONY R. MOORE, CLERK
BY_____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DONNY LESTER<br>    LA. DOC #581175<br>VS. | CIVIL ACTION NO. 3:13-cv-0013<br><br>SECTION P<br><br>JUDGE JAMES T. TRIMBLE, JR. |
| JACKSON PARISH CORRECTIONS<br>CENTER, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous in accordance with the provisions of 28 U.S.C. §§ 1915 and 1915A.

**The Clerk of Court is instructed to send a copy of this Order/Judgment to the keeper of the Three Strikes List in Tyler, Texas.**

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this 29th day of May, 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE